IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

PAUL E. LEFEBVRE and
PATRICIA R. LEFEBVRE,

      Plaintiffs,

vs.                                CASE NO. 5:08cv239/RS-MD

WARREN D. BLACKBURN and
KATHLEEN A. BERUBE,

      Defendant.
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 3) and Notice of Appeal of Magistrate Order (Doc. 6), which shall be treated as objections. I have considered Plaintiffs' objections *de novo*.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.
2. This case is dismissed because of lack of jurisdiction.
3. The clerk is directed to close the file.

**ORDERED** on September 9, 2008.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**